IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIANE M. CRAMLET,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                          Case No. 12-cv-290-wmc

SUPREME COURT OF WISCONSIN,
and A. JOHN VOELKER, in his official
capacity as Director of State Courts,

    Defendants.

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Supreme Court of Wisconsin and A. John Voelker, granting their motion for summary judgment.

| | |
|---|---|
| s/ R.Plender, Deputy Clerk | 11/1/2013 |
| Peter Oppeneer, Clerk of Court | Date |